UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARLEY-DAVIDSON CREDIT CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> F/V THERESA MADELINE, INC. and ) <br> MARK S. BULMAN, ) <br> ) <br> Defendants. ) | Civil Action No. <br> 18-11555-FDS |

### ORDER ON MOTION FOR ALTERNATE SERVICE

**SAYLOR, J.**

For good cause shown, it is hereby ordered that plaintiff Harley-Davidson Credit Corp. may effectuate service upon defendants F/V Theresa Madeline, Inc. and Mark S. Bulman by (1) posting notice of this action at defendants' last known three addresses, located at 205 Nyes Neck Rd., Centerville, MA 02632-1737; 1084 Main St., Chatham, MA 02633-2732; and 117 Glen Street, Whitman, MA 02382-1965, and (2) by mailing a copy of this order and the summons and complaint to defendants by first-class mail (a) to each of the addresses listed above and (b) to defendant Bulman's last known place of employment, located at 565 Route 28, Harwich Point, MA 02646.

Plaintiff shall file proof of service on defendants with the Court no later than December 31, 2018.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor, IV
Dated: November 27, 2018         United States District Judge